ACCEPTED
13-14-00006-CR
THIRTEENTH COURT OF APPEAL
CORPUS CHRISTI, TEXAS
3/30/2015 4:53:13 PM
DORIAN RAMIREZ
CLERK

## CAUSE NO. 13-14-00006-CR

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
3/30/2015 4:53:13 PM
DORIAN RAMIREZ
Clerk

## IN THE COURT OF APPEALS

## THIRTEENTH JUDICIAL DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG, TEXAS

### RAUL GARZA SALAZAR,
**Appellant**

**v.**

### STATE OF TEXAS,
**Appellee.**

**On appeal from the 445th Judicial District Court
of Cameron County, Texas
Trial Court Cause Number 2013-DCR-1700-I**

## STATE'S APPELLATE BRIEF

**Luis V. Saenz**
**Cameron County District Attorney**

**René B. González**
**Assistant District Attorney**
964 East Harrison Street, 4th Floor
Brownsville, Texas  78520
Phone: (956) 544-0849
Fax:(956) 544-0869

**Attorneys for the State of Texas**

# TABLE OF CONTENTS

Table of Contents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  i

Index of Authorities.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

Salutation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Summary of the Argument. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Argument and Authorities.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

      State's Response to Appellant's Issues One through Twelve. . . . . . . . . . . 2

Prayer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Certificate of Compliance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Certificate of Service.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

# INDEX OF AUTHORITIES

**Cases**

*Alvarado v. State*,
>912 S.W.2d 199 (Tex. Crim. App. 1995). . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Cook v. State*,
>611 S.W.2d 83 (Tex. Crim. App. 1981). . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Roberts v. State*,
>220 S.W.3d 521 (Tex. Crim. App. 2007). . . . . . . . . . . . . . . . . . . . . . . . . 2

**Rules**

Tex. R. App. P. 38.1(i). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**CAUSE NO. 13-14-00006-CR**

**————————————————————**

**IN THE COURT OF APPEALS**

**THIRTEENTH JUDICIAL DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG, TEXAS**

**————————————————————**

**RAUL GARZA SALAZAR, Appellant**

**v.**

**STATE OF TEXAS, Appellee**

**————————————————————**

**STATE'S APPELLATE BRIEF**

**————————————————————**

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW**, Appellee, the **STATE OF TEXAS**, by and through the Cameron County District Attorney, the Honorable Luis V. Saenz, and, pursuant to Rule 38.2 of the Texas Rules of Appellate Procedure, files this, its Appellate Brief in the above-styled and -numbered cause of action, and in support thereof, would show this Honorable Court as follows:

**SUMMARY OF ARGUMENT**

Appellant raises twelve issues on appeal. Appellant has completely failed to include any cites to the record in support of these twelve issues; and therefore, the

State asserts that Appellant has procedurally defaulted in presenting these issues to this Court.

## ARGUMENT & AUTHORITIES

### *State's Response to Appellant's Issues One through Twelve*

Appellant raises twelve issues containing various complaints concerning the trial of this cause in the trial court. The State responds to all issues by asserting that Appellant has procedurally defaulted in presenting these issues for review by failing to specify where in the record any of these errors have occurred.

Appellant makes numerous complains concerning the trial of this cause below; however, Appellant has not indicated where in the record these alleged errors are found. The State asserts that Appellant has not complied with Rule 38.1(i) of the Texas Rules of Appellate Procedure by failing to state concisely the facts relating to issue two, supported by record references, and by failing to state clearly and concisely the argument with citations to the record. *See* Tex. R. App. P. 38.1(i) ("The brief must contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record."); *see also Roberts v. State*, 220 S.W.3d 521, 527 (Tex. Crim. App. 2007) ("A party has an obligation to make appropriate citations to the record in support of his argument. If the notes [relating to a particular witness]

are in the record, appellant has failed to include the proper record references. If, as seems more likely, the notes are not in the record, then appellant procedurally defaulted error by failing to include a matter in the record necessary to evaluate his claim."); *Alvarado v. State*, 912 S.W.2d 199, 210 (Tex. Crim. App. 1995) ("As an appellate court, it is not our task to pore through hundreds of pages of record in an attempt to verify an appellant's claims."); *Cook v. State*, 611 S.W.2d 83, 87 (Tex. Crim. App. 1981) ("This court with its tremendous caseload should not be expected to leaf through a voluminous record hoping to find the matter raised by appellant and then speculate whether it is that part of the record to which appellant had reference.").

Normally, the State would make an attempt to ascertain where in the record an appellant's complaints are located and then answer them without regard to an appellant's failure to properly cite to the record; however, in the present case, Appellant has utterly failed to include any record cites in his argument or statement of facts. With all due respect to this Court, the undersigned counsel for the State does not believe it is his duty to do the job of Appellant's counsel for him. Therefore, the State will stand on this brief response, and the assertion that Appellant has procedurally defaulted in presenting these issues for appellate review.

Accordingly, the Appellant's issues one through twelve should be overruled.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, the State of Texas prays that this Court will overrule Appellant's issues on appeal, and affirm both the judgment of conviction and the sentence herein.

Respectfully Submitted,

**LUIS V. SAENZ**
**Cameron County District Attorney**
964 East Harrison Street, 4th Floor
Brownsville, Texas  78520
Phone: (956) 544-0849
Fax: (956) 544-0869


By:     */s/ René B. González*
**René B. González**
Assistant District Attorney
State Bar No. 08131380
rgonzalez1@co.cameron.tx.us

**Attorneys for the State of Texas**

## CERTIFICATE OF COMPLIANCE

I certify that this document contains 751 words (excluding the cover, table of contents and table of authorities). The body text is in 14 point font, and the footnote text is in 12 point font.

*/s/ René B. González*
René B. González

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing State's Appellate Brief was e-mailed to Mr. Larry Warner, Attorney at Law, 3109 Banyan Drive, Harlingen, Texas 78550, at Office@larrywarner.com on the 30th day of March, 2015.

*/s/ René B. González*
René B. González